UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ROCKY WILLIAM PAYMENT,<br><br>                Defendant. | Case No. MJ24-608<br><br>DETENTION ORDER |

Defendant Rocky William Payment is charged with unlawful possession of a firearm, 18 U.S.C. § 922(g)(1). The Court held a detention hearing on March 3, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as this case involves a serious risk that Mr. Payment will flee.

2. Mr. Payment poses a risk of nonappearance due to a recent history of failure to appear and an active warrant on pending cases, lack of employment, and charges for eluding and obstructing law enforcement. Mr. Payment poses a risk of danger

DETENTION ORDER - 1

due to the nature of the alleged offense, criminal history, and the government's proffered evidence that Mr. Payment is a prime suspect in a home invasion investigation. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Payment's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Payment shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Payment shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Payment is confined shall deliver Mr. Payment to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Payment, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this _3rd_ day of March, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2